IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAD EDOFF, *Plaintiff*, v. T-MOBILE NORTHEAST, LLC, *et al.* *Defendants.* | Case No. 1:18-cv-03777 Judge Ellen Lipton Hollander, Presiding |

**CONSENT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Chad Edoff, by and through undersigned counsel, hereby requests that the Clerk of this Court enter a dismissal of this matter with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(ii).

RESPECTFULLY SUBMITTED,

DATED: May 1st, 2019

_____
Joshua G. Whitaker, Esq.
District Court Bar No. 16457
ADELPHI, LLP
1936 Eastern Avenue
Baltimore, MD 21231
Tel./Fax 888.367.0383
whitaker@adelphilaw.com

*Counsel for Plaintiff*

/s/                     Per JGW, with authorization
Brian D. Frey
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, NW
Washington, DC 20004
(202) 239-3300 – Telephone
(202) 239-3333 – Facsimile
brian.frey@alston.com


Kristine M. Brown (Pro Hac Vice)
Derin B. Dickerson (Pro Hac Vice)
ALSTON & BIRD LLP
One Atlantic Center
1201 W Peachtree Street, Suite 4900
Atlanta GA 30309
(404) 881-7000 – Telephone
(404) 881-7777 – Facsimile
kristy.brown@alston.com
derin.dickerson@alston.com


Mia L. Falzarano (Pro Hac Vice)
ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
(214) 922-3400 – Telephone
(214) 922-3899 – Facsimile
mia.falzarano@alston.com


*Counsel for Defendants*