2019 MAY -2 AM 11:59

Approved -
ELH
USDJ
5/2/19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHAD EDOFF ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> T-MOBILE NORTHEAST, LLC, et al. ) <br> ) <br> Defendants. ) | Case No. 1:18-cv-03777 <br> Judge Ellen Lipton Hollander, Presiding |

**CONSENT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Chad Edoff, by and through undersigned counsel, hereby requests that the Clerk of this Court enter a dismissal of this matter with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(ii).

RESPECTFULLY SUBMITTED,

DATED: May 1st, 2019

Joshua G. Whitaker, Esq.
District Court Bar No. 16457
ADELPHI, LLP
1936 Eastern Avenue
Baltimore, MD 21231
Tel./Fax 888.367.0383
whitaker@adelphilaw.com

*Counsel for Plaintiff*